**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY,** | § | |
| **ET. AL.,** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 3:08CV-0388-M** |
| | § | |
| | § | |
| **MICHAEL KENT PLAMBECK, D.C.,** | § | |
| **ET. AL.,** | § | |
| | § | |
| **Defendants** | § | |

**AGREED MOTION TO DISMISS IN REGARD TO DEFENDANTS**
**RODNEY SIPES AND SIPES & ASSOCIATES, PLLC**
**(FORMERLY KNOWN AS SIPES & BOUDREAUX, PLLC)**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Come now Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate County Mutual Insurance Company, Plaintiffs, and Rodney Sipes and Sipes and Associates, PLLC (formerly known as Sipes & Boudreaux, PLLC), two of the Defendants, and file this Joint Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2), and would respectfully show the Court as follows:

**I.**
**Summary**

1.      Plaintiffs and Defendants Rodney Sipes and Sipes and Associates, PLLC (the "Moving Defendants") have come to agreement to resolve the matters in controversy between them.  As a part of the resolution, Rodney Sipes agrees that he will appear at the

trial of this cause of action without necessity of subpoena.  Plaintiffs and the moving Defendants request the Court to enter an order which will dismiss Rodney Sipes and Sipes and Associates, PLLC and an order for Rodney Sipes to appear at trial.

## II.

2.      Rodney Sipes and Sipes and Associates, PLLC have answered in this lawsuit. Rodney Sipes and Sipes and Associates, PLLC have brought no counter-claims or cross-claims in this lawsuit.

3.      Rodney Sipes is an attorney licensed to practice in the State of Texas.  Mr. Sipes is also admitted to practice in the U.S. District Courts for the Northern District of Texas and the Southern District of Texas, as well as the U.S. Court of Appeals for the Fifth Circuit.

4.      Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs and the Moving Defendants request that the Court enter an Order dismissing the moving Defendants (Rodney Sipes and Sipes and Associates, PLLC), and providing that Rodney Sipes will appear at the trial of this case to testify as a witness if requested by Plaintiffs.

5.      Plaintiffs do not move to dismiss any other Defendant, aside from Rodney Sipes and Sipes and Associates, PLLC, by this Motion.

Respectfully submitted;                    Respectfully submitted;


_____/s/_____              _____/s/_____
**DAVID KASSABIAN**                        **RODNEY SIPES**
**STATE BAR #11105600**                    **STATE BAR # 18349600**
**BRET WEATHERFORD**
**STATE BAR #20998800**

**KASSABIAN, DOYLE**                       **SIPES & ASSOCIATES, PLLC**
    **& WEATHERFORD, P.C.**

2261 Brookhollow Plaza Dr.                 3007 West Alberta Road
Suite 300                                  Edinburg, Texas  78539
Arlington, Texas 76006                     956/ 631-8080
817/460-5099 (Local)                       956/631-8088 (Facsimile)
817/461-8855 (Metro)
817/274-9863 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**               **DEFENDANT PRO SE and**
                                           **ATTORNEY  FOR  DEFENDANT**
                                           **SIPES  &  ASSOCIATES, PLLC**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Agreed Motion to Dismiss in Regard to Defendants Rodney Sipes and Sipes & Associates, PLLC (Formerly Known as Sipes & Boudreaux, PLLC has been served on the following, via electronic filing and certified mail, return receipt requested, as outlined below, this the 27th day of January, 2009.

Mr. Kenneth R. Stein
Matthews, Stein, Shiels, Pearce,
      Knott, Eden & Davis, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, TX 75251
**VIA ELECTRONICALLY**

Mr. Kenton Hutcherson
The Hutcherson Law Firm
3102 Oak Lawn Ave., Suite 700
Dallas, TX 75219
**VIA ELECTRONICALLY**

Mr. Robert H. Renneker
Attorney at Law
1412 Main Street, Suite 210
Dallas, TX 75202
**VIA ELECTRONICALLY**

Mr. Rodney Sipes
Sipes & Associates, PLLC
3007 West Alberta Road
Edinburg, TX 78539
**VIA ELECTRONICALLY**

Mr. Thomas Magelaner
Attorney at Law
1557 Vernon Odom Blvd., Suite 201
Akron, Ohio 44320
**VIA ELECTRONICALLY**

Mr. Allen Boudreaux, Jr.
3421 Causeway Blvd., Suite 102
Metairie, LA 70002
**VIA ELECTRONICALLY**

Mr. Robert Kubicki
Attorney at Law
2401 Turtle Creek Blvd.
Dallas, TX 75219
**VIA ELECTRONICALLY**

Mr. Robert Ekin, D.C.
6326 West Wellington Way, Apt. D
McCordsville, IN 46055
**VIA CM/RRR 7008 0150 0001 5695 9738**

Mr. Roland Toca, II
21123 West 118th Terrace
Olathe, KS 66061
**VIA CM/RRR 7008 0150 0001 5695 9745**

Mr. Randall Toca
1919 Veterans Blvd., Suite 303
Kenner, LA 70062
**VIA CM/RRR 7008 0150 0001 5695 9752**

Mr. Angel Junio
610 Baronne Street
New Orleans, LA 70113-1004
**VIA CM/RRR 7008 0150 0001 5695 9769**

Mr. Eugene X. Mercier
P. O. Box 864
Corpus Christi, TX 78401
**VIA CM/RRR 7008 0150 0001 5695 9776**

Mr. John S. Flint
Law Office of John S. Flint
710 Buffalo, Suite 410
Corpus Christi, TX  78401
**VIA CM/RRR 7008 0150 0001 5695 9783**

　　　　　　　　　　　　　　 /s/ David Kassabian
　　　　　　　　　　　　　　 **DAVID KASSABIAN**