IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, ET AL. | § § § | |
| Plaintiffs, | § § | |
| VS. | § | NO. 3-08-CV-0388-M |
| MICHAEL KENT PLAMBECK, D.C., ET AL. | § § § § | |
| Defendants. | § § | |

## ORDER

Plaintiffs and Defendants Rodney Sipes and Sipes & Associates, PLLC have filed an agreed motion to dismiss. The court treats the motion [Doc. #220] as a stipulation of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), which permits a plaintiff to dismiss an action without a court order by filing a stipulation of dismissal signed by the affected parties. Accordingly, the clerk shall dismiss Rodney Sipes and Sipes & Associates, PLLC as defendants in accordance with the stipulation.

SO ORDERED.

DATED: January 28, 2009.

JEFF KAPLAN
UNITED STATES MAGISTRATE JUDGE