IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, ET. AL., | § § § | |
| Plaintiffs | § § | |
| vs. | § | Civil Action No. 3:08CV-0388-M |
| | § § | |
| MICHAEL KENT PLAMBECK, D.C., ET. AL., | § § § | |
| Defendants | § § | |

**JOINT STIPULATION OF DISMISSAL IN REGARD TO
DEFENDANTS MARGARET ARLENE HENDERSON 'MEGAN' INGLE
AND THE INGLE LAW FIRM, LLC**

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Come now Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate County Mutual Insurance Company, Plaintiffs, and Margaret Arlene Henderson 'Megan' Ingle and The Ingle Law Firm, LLC, Defendants, and file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would respectfully show the Court as follows:

**I.**

1. Margaret Arlene Henderson 'Megan' Ingle and The Ingle Law Firm, LLC ("the Ingle Defendants") have answered in this lawsuit. These two Defendants have brought no counter-claims or cross-claims in this lawsuit.

2. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and the Ingle Defendants stipulate to the Court that Plaintiffs no longer wish to maintain their suit against

the Ingle Defendants in this cause of action, and the above-styled and numbered cause of action in regard to the Ingle Defendants (only), is dismissed with prejudice.

3.  Plaintiffs do not stipulate to the dismissal of any other Defendant, aside from Margaret Arlene Henderson 'Megan' Ingle and The Ingle Law Firm, LLC by this Stipulation.

Respectfully submitted;                                   Respectfully submitted;


**/s/ David Kassabian**                                   **/s/ Robert H. Renneker**
**DAVID KASSABIAN**                                       **ROBERT H. RENNEKER**
**STATE BAR #11105600**                                   **STATE BAR NO. 16778800**
**BRET WEATHERFORD**
**STATE BAR #20998800**                                   1412 Main Street
                                                          Suite 210
**KASSABIAN, DOYLE**                                      Dallas, Texas 75202
    **& WEATHERFORD, P.C.**
2261 Brookhollow Plaza Dr.                                214/742-7100
Suite 300                                                 214/742-7110 (Facsimile)
Arlington, Texas 76006
817/460-5099 (Local)
817/461-8855 (Metro)
817/274-9863 (Facsimile)


**ATTORNEYS FOR PLAINTIFFS**                              **ATTORNEY FOR DEFENDANTS**
                                                          **MARGARET INGLE and**
                                                          **THE INGLE LAW FIRM, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal in Regard to Defendants Margaret Arlene 'Megan' Henderson Ingle and the Ingle Law Firm, LLC has been served on the following, via electronic filing and certified mail, return receipt requested, as outlined below, this the 11th day of February 2009:

Mr. Kenneth R. Stein
Matthews, Stein, Shiels, Pearce,
      Knott, Eden & Davis, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, TX  75251
**VIA ELECTRONICALLY**

Mr. Kenton Hutcherson
The Hutcherson Law Firm
3102 Oak Lawn Ave., Suite 700
Dallas, TX  75219
**VIA ELECTRONICALLY**

Mr. Robert H. Renneker
Attorney at Law
1412 Main Street, Suite 210
Dallas, TX  75202
**VIA ELECTRONICALLY**

Mr. Thomas Magelaner
Attorney at Law
1557 Vernon Odom Blvd., Suite 201
Akron, Ohio
**VIA ELECTRONICALLY**

Mr. Allen Boudreaux, Jr.
Attorney at Law
3421 Causeway Blvd., Suite 102
Metairie, LA  70002
**VIA ELECTRONICALLY**

Mr. Robert Ekin, D.C.
6326 West Wellington Way, Apt. D
McCordsville, In  46055
**VIA CM/RRR 7008 0150 0001 5696 0215**

Mr. Roland Toca, II
21123 West 118th Terrace
Olathe, KS  66061
**VIA CM/RRR 7008 0150 0001 5696 0222**

Mr. Randall Toca
1919 Veterans Blvd., Suite 303
Kenner, LA  70062
**VIA CM/RRR 7008 0150 0001 5696 0239**

Mr. Angel Junio
610 Baronne Street
New Orleans, LA 70113-1004
**VIA CM/RRR 7008 0150 0001 5696 0246**

Mr. Eugene X. Mercier
P. O. Box 864
Corpus Christi, TX  78401
**VIA CM/RRR 7008 0150 0001 5696 0253**

Mr. John S. Flint
Law Office of John S. Flint
710 Buffalo, Suite 410
Corpus Christi, TX  78401
**VIA CM/RRR 7008 0150 0001 5696 0260**

      /s/ David Kassabian