IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY, ET. AL., | § § § | |
| Plaintiffs | § § | |
| vs. | § | Civil Action No. 3:08CV-0388-M |
| | § § | |
| MICHAEL KENT PLAMBECK, D.C., ET. AL., | § § § | |
| Defendants | § | |

### JOINT STIPULATION OF DISMISSAL IN REGARD TO DEFENDANT RAINBOW MARKETING CONSULTANTS, INC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Come now Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate County Mutual Insurance Company, Plaintiffs, and Rainbow Marketing Consultants, Inc., Defendant, and file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would respectfully show the Court as follows:

**I.**

1.   Rainbow Marketing Consultants, Inc. has answered in this lawsuit. Rainbow Marketing Consultants, Inc. has brought no counter-claims or cross-claims in this lawsuit.

2.   Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Rainbow Marketing Consultants, Inc. stipulate to the Court that Plaintiffs no longer wish to maintain

their suit against Rainbow Marketing Consultants, Inc. in this cause of action, and the above-styled and numbered cause of action in regard to Rainbow Marketing Consultants, Inc. (only), is dismissed.

3.      Plaintiffs do not stipulate to the dismissal of any other Defendant, aside from Rainbow Marketing Consultants, Inc., by this Stipulation.

Respectfully submitted;                                    Respectfully submitted;

 /s/ David Kassabian                                        /s/ Kenton J. Hutcherson
**DAVID KASSABIAN**                                **KENTON J. HUTCHERSON**
**STATE BAR #11105600**                         **STATE BAR NO. 24050798**
**BRET WEATHERFORD**
**STATE BAR #20998800**

**KASSABIAN, DOYLE**                                **THE HUTCHERSON LAW FIRM**
         **& WEATHERFORD, P.C.**
2261 Brookhollow Plaza Dr.                            3102 Oak Lawn Avenue
Suite 300                                                        Suite 700
Arlington, Texas 76006                                 Dallas, Texas 75219
817/460-5099 (Local)                                    214/443-4200
817/461-8855 (Metro)                                   214/443-4210 (Facsimile)
817/274-9863

**ATTORNEYS FOR PLAINTIFFS**              **ATTORNEY FOR DEFENDANT**
                                                                       **RAINBOW MARKETING**
                                                                       **CONSULTANTS, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal in Regard to Defendant Rainbow Marketing Consultants, Inc. via electronic filing and certified mail, return receipt requested, as outlined below, this the 9th day of March 2009:

Mr. Kenneth R. Stein
Matthews, Stein, Shiels, Pearce,
  Knott, Eden & Davis, L.L.P.
8131 LBJ Freeway, Suite 700
Dallas, TX  75251
**VIA ELECTRONICALLY**

Mr. Kenton Hutcherson
The Hutcherson Law Firm
3102 Oak Lawn Ave., Suite 700
Dallas, TX  75219
**VIA ELECTRONICALLY**

Mr. Thomas Magelaner
Attorney at Law
1557 Vernon Odom Blvd., Suite 201
Akron, Ohio  44230
**VIA ELECTRONICALLY**

Mr. Allen Boudreaux, Jr.
Attorney at Law
3421 Causeway Blvd., Suite 102
Metairie, LA  70002
**VIA ELECTRONICALLY**

Mr. Robert Ekin, D.C.
6326 West Wellington Way, Apt. D
McCordsville, In  46055
**VIA CM/RRR 7008 0150 0001 5696 0673**

Mr. Roland Toca, II
21123 West 118th Terrace
Olathe, KS  66061
**VIA CM/RRR 7008 0150 0001 5696 0680**

Mr. Randall Toca
128 Chateau St. Michel Dr.
Kenner, LA  70065
**VIA CM/RRR 7008 0150 0001 5696 0697**

Mr. John S. Flint
Law Office of John S. Flint
710 Buffalo, Suite 410
Corpus Christi, TX  78401
**VIA CM/RRR 7008 0150 0001 5696 0703**

Mr. Angel Junio
610 Baronne Street
New Orleans, LA 70113-1004
**VIA CM/RRR 7008 0150 00015696 0710**

Mr. Eugene X. Mercier
P. O. Box 864
Corpus Christi, TX  78401
**VIA CM/RRR 7008 0150 0001 5696 0727**

  /s/David Kassabian
  **DAVID KASSABIAN**