IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ALLSTATE INSURANCE COMPANY, ET. AL.,** | § | |
| | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **vs.** | § | **Civil Action No. 3:08CV-0388-M** |
| | § | |
| | § | |
| **MICHAEL KENT PLAMBECK, D.C., ET. AL.,** | § | |
| | § | |
| **Defendants** | § | |

JOINT STIPULATION OF DISMISSAL IN REGARD TO
DEFENDANTS THOMAS L. MAGELANER
AND MAGELANER & ASSOCIATES, LTD.

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Come now Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Insurance Company, and Allstate County Mutual Insurance Company, Plaintiffs, and Thomas L. Magelaner and Magelaner & Associates, Ltd., Defendants, and file this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and would respectfully show the Court as follows:

**I.**

1.      Thomas L. Magelaner and Magelaner & Associates, Ltd. have answered in this lawsuit.  Thomas L. Magelaner and Magelaner & Associates, Ltd have brought a counter-claim against all Plaintiffs.

2.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Thomas

L. Magelaner and Magelaner & Associates, Ltd. stipulate to the Court that Plaintiffs and

said two (2) Defendants no longer wish to maintain the claims and counter claims asserted

in the above-styled and numbered cause of action and dismiss such claims with prejudice.

3.      Plaintiffs do not stipulate to the dismissal of any other Defendant, aside from

Thomas L. Magelaner and Magelaner & Associates, Ltd.


Respectfully submitted;                    Respectfully submitted;


 /s/ David Kassabian                        /s/ Thomas L. Magelaner
**DAVID KASSABIAN**                        **THOMAS L. MAGELANER**
**STATE BAR #11105600**                   **OHIO STATE BAR NO. 0043827**
**BRET WEATHERFORD**
**STATE BAR #20998800**

**KASSABIAN, DOYLE**              **MAGELANER & ASSOCIATES, LTD.**
    **& WEATHERFORD, P.C.**
2261 Brookhollow Plaza Dr.           1557 v. Odom Blvd., Suite 201
Suite 300                            Akron, Ohio  44320
Arlington, Texas 76006               (330) 836-4878 (Telephone)
817/460-5099 (Local)                 (330) 835-9620 (Facsimile)
817/461-8855 (Metro)
817/274-9863 (Facsimile)

**ATTORNEYS FOR PLAINTIFFS**      **ATTORNEY FOR DEFENDANTS**
                                     **THOMAS L. MAGELANER AND**
                                     **MAGELANER & ASSOCIATES, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Stipulation of Dismissal in Regard to Defendants Thomas L. Magelaner and Magelaner & Associates, Ltd. via electronic filing and certified mail, return receipt requested, as outlined below, this the 31st day of July 2009:

| | |
|---|---|
| Mr. Kenneth R. Stein<br>Matthews, Stein, Shiels, Pearce,<br>     Knott, Eden & Davis, L.L.P.<br>8131 LBJ Freeway, Suite 700<br>Dallas, TX  75251<br>**VIA ELECTRONICALLY** | Mr. Thomas Magelaner<br>Attorney at Law<br>1557 Vernon Odom Blvd., Suite 201<br>Akron, Ohio  44230<br>**VIA ELECTRONICALLY** |
| Mr. Allen Boudreaux, Jr.<br>Attorney at Law<br>3421 Causeway Blvd., Suite 102<br>Metairie, LA  70002<br>**VIA ELECTRONICALLY** | Mr. Robert Ekin, D.C.<br>2004 Tomatillo Drive<br>Weslaco, TX  78596<br>**CM/RRR 7008 0150 0001 5696 2905** |
| Mr. Roland Toca, II<br>21123 West 118th Terrace<br>Olathe, KS  66061<br>**VIA CM/RRR 7008 0150 0001 5696 2912** | Mr. Randall Toca<br>128 Chateau St. Michel Dr.<br>Kenner, LA  70065<br>**VIA CM/RRR 7008 0150 0001 5696 2929** |
| Mr. John S. Flint<br>Law Office of John S. Flint<br>710 Buffalo, Suite 410<br>Corpus Christi, TX  78401<br>**VIA CM/RRR 7008 0150 0001 5696 2943** | Mr. Angel Junio<br>610 Baronne Street<br>New Orleans, LA  70113-1004<br>**VIA CM/RRR 7008 0150 0001 5696 2936** |
| Mr. Eugene X. Mercier<br>P. O. Box 864<br>Corpus Christi, TX  78401<br>**VIA CM/RRR 7008 0150 0001 5696 2950** | |

/s/ David Kassabian
**DAVID KASSABIAN**