# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

*U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF TEXAS*
**FILED**
APR – 4 2013
CLERK, U.S. DISTRICT COURT
By _____ Deputy

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY et al., | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:08-cv-0388-M |
| MICHAEL KENT PLAMBECK, D.C., et al., | § § § § § § § | |
| Defendants. | § § | |

## COURT'S SUPPLEMENTAL CHARGE TO THE JURY

### DEFENDANTS ROLAND ("RIC") GARIC TOCA II, ANGEL JUNIO, PROFESSIONAL MANAGEMENT GROUP, LLC, AND LAW OFFICE NETWORK, LLC

For legal reasons, you were not asked any questions about the following Defendants in the first phase of jury deliberation: (1) Roland ("Ric") Garic Toca II, (2) Angel Junio, (3) Professional Management Group, LLC, and (4) Law Office Network, LLC.  You are instructed to assume these four defendants are liable no matter what you decided on the questions regarding the other defendants in the first phase of jury deliberation.  You will now be asked to determine whether damages are warranted for each of these four defendants.  In answering this Question, you should be guided by the instructions on compensatory damages for federal and Ohio RICO from the Court's Charge given in the first phase of your deliberations.

**QUESTION A (Federal and Ohio RICO damages)**

What sum of money, if any, do you find from a preponderance of the evidence would reasonably compensate Plaintiffs for actual damages, if any, to their business or property proximately caused by the Defendant's conduct or participation, directly or indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity?

Answer in dollars and cents, or zero, as to each of the following defendants.

| Defendant | Amount |
|---|---|
| Roland ("Ric") Garic Toca II | $250,000.00 |
| Angel Junio | $250,000.00 |
| Professional Management Group, LLC | $250,000.00 |
| Law Office Network, LLC | $250,000.00 |

**GO TO THE LAST PAGE OF THE CHARGE WHERE THE VERDICT FORM IS TO BE SIGNED.**

U.S. DISTRICT JUDGE

[signature]

## VERDICT OF THE JURY

We, the jury, have answered the above question as indicated, and return the same to the Court as our verdict.

Date: 4 April 2013

REDACTED

**Foreperson**