IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 14-10574

United States Court of Appeals
Fifth Circuit
**FILED**
September 17, 2015
Lyle W. Cayce
Clerk

D.C. Docket No. 3:08-CV-388

ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE COUNTY MUTUAL INSURANCE COMPANY,

   Plaintiffs - Appellees Cross-Appellants

v.

MICHAEL KENT PLAMBECK, DC; MICHAEL CAPOBIANCO, DC; PAUL GRINDSTAFF, DC; DOUGLAS FRIEDMAN; JENNIFER GIESSNER, formerly known as Jennifer Makarwich, formerly known as Jennifer Bland; ET AL,

   Defendants - Appellants Cross-Appellees

Appeals from the United States District Court for the
Northern District of Texas, Dallas

Before JONES, SMITH, and COSTA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that defendants-appellants pay to plaintiffs-appellees the costs on appeal to be taxed by the Clerk of this Court.



**Certified as a true copy and issued as the mandate on Nov 03, 2015**

**Attest:**
**Clerk, U.S. Court of Appeals, Fifth Circuit**

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5ᵀᴴ CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Allstate Insurance Company et al.    v. Michael Kent Plambeck, DC et al.    No. 14-10574

The Clerk is requested to tax the following costs against: Appellants/Cross-Appellees

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| **Docket Fee ($500.00)** | | | | | | | | |
| **Appendix or Record Excerpts** | 4 | 304 | .15 | $182.40 | 4 | 304 | .15 | 182.40 |
| **Appellant's Brief** | | | | | | | | |
| **Appellee's Brief** | 7 | 93 | .15 | $97.65 | 7 | 93 | .15 | 97.65 |
| **Appellant's Reply Brief** | | | | | | | | |
| **Other:** | | | | | | | | |
| | | | Total $ | $280.05 | | | Costs are taxed in the amount of $ | 280.05 |

Costs are hereby taxed in the amount of $ 280.05 this 3rd day of November, 2015.

LYLE W. CAYCE, CLERK

State of
County of Texas

By /s/ Jennifer C. French
Deputy Clerk

I Wade C. Crosnoe, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 1st day of October, 2015.

/s/ Wade C. Crosnoe
(Signature)

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for Allstate Appellees/Cross-Appellants